IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LOUIS ROBENSON,
    Petitioner,

vs.                                        Case No. 5:08cv178/RS/EMT

RANDALL BRYANT, et al.,
    Respondents.

_____/

### **ORDER**

        This cause is before the court upon Petitioner's "Notice of Not Receive Legal Mails [sic]" (Doc. 4).  In the notice Petitioner seeks entry of an order requiring Respondents to provide him with his legal mail (*id.* at 3).  In support, Petitioner contends that on June 13, 2008, Officer Sydney Young, "an agent of Respondent," notified him that two pieces of legal mail were sent to him by this court, a small piece of mail and a large piece of mail (*id.* at 1–2).  Officer Young gave Petitioner the small piece but destroyed the large piece and pushed some of the torn pieces under the cell door and took other pieces with him (*id.* at 2).  Petitioner states Officer Young's actions are preventing him from litigating his case (*id.*).

        Petitioner is advised that his "Notice of Not Receive Legal Mails [sic]" is not in proper form.  A request for a court order shall be by motion.  Fed. R. Civ. P. 7(b).  The title of the motion shall include a clear, concise and specific description of the motion and the filing party.  The body of the motion shall state with particularity the grounds for the request and shall set forth the relief or order sought.  *Id.*  Although Petitioner presented his request in the form of a notice, rather than a motion in violation of the federal procedural rules, the court will grant relief to Petitioner by directing the clerk of court to send him another copy of the deficiency order issued on June 10, 2008, which was

no doubt the larger piece of mail received by Petitioner on June 13, 2008.[1]  Attached to the one-page deficiency order were several documents which Petitioner attempted to file, but the court ordered them returned because none of them were signed (*see* Doc. 2).[2]  The court will also direct the clerk to send Petitioner a petition form for use in habeas cases filed under 28 U.S.C. § 2254, a motion to proceed in forma pauperis form, and a prisoner consent form and financial certificate.

Accordingly, it is **ORDERED**:

1. The clerk of court to send Petitioner another copy of the deficiency order issued on June 10, 2008 (Doc. 2).  The clerk shall also send Petitioner a copy of the petition form for use in Section 2254 cases, a motion to proceed in forma pauperis form, and a prisoner consent form and financial certificate approved for use in the Northern District.  This case number should be written on the forms.

2. Within **THIRTY (30) DAYS** from the date of docketing of this order, Petitioner shall pay the $5.00 filing fee or submit a completed motion to proceed in forma pauperis with the requisite prisoner consent form and financial certificate and an attached computer printout of the transactions in his prison account.  Additionally within that time, Petitioner shall file a habeas petition on the court-approved form.  <u>All of the documents filed by Petitioner must bear his original signature</u>.

3. Petitioner's failure to comply with this order may result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this <u>9th</u> day of July 2008.

> */s/ Elizabeth M. Timothy*
> **ELIZABETH M. TIMOTHY**
> **UNITED STATES MAGISTRATE JUDGE**

---

[1] On June 10, 2008, the same day the court issued the deficiency order, the clerk of court sent Petitioner a Notice to Pro Se, which was likely the small piece of mail received by Petitioner from the court on June 13, 2008 (*see* Doc. 3).

[2] The documents included a petition for writ of habeas corpus, motion to proceed in forma pauperis, motion for appointment of counsel, and "Motion for Clerical and Administrative Duties of Clerk and Notice of Inquiry" (*see* Doc. 2).

Case No.: 5:08cv178/RS/EMT