IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

LOUIS ROBENSON,

    Petitioner,

v.                                             CASE NO. 5:08cv178-RS-AK (Lead)
                                               5:08cv288-SPM-AK (Consolidated)

WALTER MCNEIL,

    Respondent.

_____/

## **ORDER**

This cause is before the Court on Petitioner's motion for reconsideration of the Report and Recommendation recommending that the habeas petition be denied as untimely. Doc. 25. Having carefully considered the matter, the Court finds nothing in the motion to warrant reconsideration of the conclusion previously reached. The motion is therefore **DENIED**.

**IN CHAMBERS** at Gainesville, Florida, this *11th* day of December, 2008.

                                                *s/ A. KORNBLUM*
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**